NOTE: CHANGES MADE BY COURT

# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA DENT, an individual,

Plaintiff,

v.

L3HARRIS TECHNOLOGIES, INC., dba L3HARRIS MARITIME & ENERGY SOLUTIONS, a Delaware Corporation; DOES 1-10, inclusive,

Defendants.

**Case No. 8:25-cv-02394-FWS-KES**

**ORDER RE STIPULATION OF DISMISSAL [17]**

///

///

///

ORDER

Having reviewed and considered the Stipulation of Dismissal [17] ("Stipulation"),[1] between Plaintiff CYNTHIA DENT and Defendants L3HARRIS TECHNOLOGIES, INC., dba L3HARRIS MARITIME & ENERGY SOLUTIONS, and L3HARRIS MARITIME POWER & ENERGY SOLUTIONS, INC., the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The entire above-captioned case, including all claims and causes of action, is **DISMISSED WITH PREJUDICE**, and each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation is incorporated into this Order by this reference.

2